**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA                )  | |
| )  | |
| v.                            )  | |
| )   CRIMINAL NO. 09-10253-RGS | |
| STEVEN SOTO,                    )  | |
| PEDRO SOTO,                     )  | |
| CARMEN SOTO, and                )  | |
| KIMBERLY LITWIN,                )  | |
| )  | |

**NOTICE CONCERNING ISSUES ON WHICH PRESENTATION OF EVIDENCE IS**
**REQUIRED IN CONNECTION WITH DEFENDANTS' MOTION TO SUPPRESS**

The United States hereby notifies the Court that, in the government's view, the only issue

on which presentation of evidence will be required in connection with the defendants' motion to

suppress evidence is whether entry by the police into the sideyard of 56 Lawrence Road, Lynn

Massachusetts – where an officer made observations later included in an application for one of

the search warrants at issue –  ran afoul of the rule, announced in  Payton v. New York, 445 U.S.

573, 602 (1980), that officers executing an arrest warrant may enter a dwelling only if they have

a "reason to believe," prior to entry, " that [the subject of the warrant] (1) resided at the

[residence] and (2) would be present."  *See* United States v. Graham, 553 F.3d 6, 12 (1st Cir.

2009).  The factual questions to be determined by the Court are whether the police had reason to

believe Steven or Pedro Soto, for whom the police had arrest warrants, resided and were present

at 56 Lawrence Road at the relevant time.

Undersigned counsel is currently on a family vacation, will return to the office on

September 7, 2010, and has attempted to communicate with defense counsel with regard to the

Court's Order that the parties identify issues on which they seek to present evidence.  Counsel

for certain of the defendants have notified the undersigned that they, too, are away from their

offices and may be filing individual notices identifying additional issues on which they believe

presentation of evidence may be necessary.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:

/s/ *John A. Capin*

_____

JOHN A. CAPIN
Assistant U.S. Attorney
(617) 748-3264

.

## CERTIFICATE OF SERVICE

I, John A. Capin, Assistant U.S. Attorney, do hereby certify that I have, on this date, caused a true and accurate copy of the foregoing to served upon counsel of record by filing it with the Court electronically.

Date:   August 30, 2010

/s/ *John A. Capin*

JOHN A. CAPIN
Assistant U.S. Attorney